| | |
|---|---|
| 1 | VALERIE TOOHEY O'DELL, State Bar No. 101999 |
| 2 | valerie@odell-law.com<br>O'DELL LAW OFFICES |
| 3 | 3017 Douglas Blvd., Suite 300<br>Roseville, CA 95661 |
| 4 | Telephone: 916.774.7532<br>Facsimile: 916.357.7391 |
| 5 | Attorney for Plaintiff<br>KENDALL MEMBRENO |
| 6 | |
| 7 | DANIELLE OCHS, State Bar No. 178677<br>dot@ogletreedeakins.com |
| 8 | BECKI D. GRAHAM, State Bar No. 238010<br>becki.graham@ogletreedeakins.com |
| 9 | RACHEL J. MOROSKI, State Bar No. 286805<br>rachel.moroski@ogletreedeakins.com |
| 10 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Steuart Tower, Suite 1300 |
| 11 | One Market Plaza<br>San Francisco, CA 94105 |
| 12 | Telephone: 415.442.4810<br>Facsimile: 415.442.4870 |
| 13 | Attorneys for Defendant<br>WAL-MART STORES, INC. and JEVONNE SERVICE |
| 14 | JAHMAL T. DAVIS |
| 15 | jdavis@hansonbridgett.com<br>GILBERT J. TSAI |
| 16 | gtsai@hansonbridgett.com<br>JENNIFER A. FOLDVARY |
| 17 | jfoldvary@handonbridgett.com<br>HANSON BRIDGETT LLP |
| 18 | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 19 | Telephone: 415.777.3200<br>Facsimile: 415.541.9466 |
| 20 | Attorneys for Defendant<br>GHAYDA ALRASS |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDALL MEMBRENO,<br><br>         Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC., GHAYDA ALRASS, JEVONNE SERVICE, AND DOES 1 through 10, inclusive,<br><br>         Defendant. | Case No. 2:15-CV-01900-WBS-CMK<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  September 9, 2015<br>Trial Date:          May 9, 2017 |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kendall Membreno ("Plaintiff") and Defendants Wal-Mart Stores, Inc., Jevonne Service, and Ghayda Alrass ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

DATED:  September 2, 2016        O'DELL LAW OFFICES

By: /s/ Valerie Toohey O'Dell (auth. 9/2/2016)
    VALERIE TOOHEY O'DELL

    Attorneys for Plaintiff
    KENDALL MEMBRENO

DATED:  September 8, 2016        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Becki D. Graham
    DANIELLE OCHS
    BECKI D. GRAHAM
    RACHEL J. MOROSKI

    Attorneys for Defendants
    WAL-MART STORES, INC. AND
    JEVONNE SERVICE

DATED:  August 22, 2016        HANSON BRIDGETT LLP

By: /s/ Gilbert J. Tsai (auth. 8/22 /2016)
    JAHMAL T. DAVIS
    GILBERT J. TSAI
    JENNIFER A. FOLDVARY

    Attorneys for Defendant
    GHAYDA ALRASS

**ORDER**

Based on the parties' stipulation, the Court hereby dismisses the above-captioned matter, in its entirety, with prejudice.

IT IS SO ORDERED.

Dated:  September 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE